IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZENAWE MEHARI,

        Plaintiff,                    No. CIV S-08-1089 MCE DAD P

   vs.

R.V. COX, et al.,

        Defendants.          <u>ORDER</u>

/

        On August 21, 2008, plaintiff filed a request for entry of default judgment. Although on July 1, 2008, the court ordered the U.S. Marshal to serve defendants, executed summonses have not yet been filed with the court by the U.S. Marshal. Thus, the court cannot determine that defendants have been served.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 21, 2008 request for entry of default (Doc. No. 9) is denied.

DATED: September 3, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
meha1089.77c