IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZENAWE MEHARI,** | 2:08-CV-1089 MCE DAD |
| Plaintiff, | **ORDER** |
| v. | |
| **R.V. COX, et al.,** | |
| Defendant. | |

Defendants James and Flaherty have requested a nunc pro tunc extension of time to file a responsive pleading in this matter. Good cause appearing, Defendants James and Flaherty are granted a ten day extension of time to file a responsive pleading. Defendants' responsive pleading shall be filed on or before September 15, 2008.

DATED: September 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/meha1089.36