IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZENAWE MEHARI,

    Plaintiff,                    No. CIV S-08-1089 MCE DAD P

    vs.

R.V. COX, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff has filed a request for entry of default pursuant to Fed. R. Civ. P. 55(a). On September 15, 2008, defendants timely responded to plaintiff's complaint by filing a motion to dismiss.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default (Doc. No. 14) is denied.

DATED: October 2, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
meha1089.77b

1