IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZENAWE MEHARI,** | 2:08-CV-1089 MCE DAD |
| Plaintiff, | **ORDER** |
| v. | |
| **R.V. COX, et al.,** | |
| Defendant. | |

Defendants have filed a request for an extension of time to file a reply brief in support of their motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that defendants have up to and including October 10, 2008, in which to file their reply brief in support of their motion to dismiss.

DATED: October 7, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/meha1089.36rep